**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01210-REB

STERISIL, INC., a Colorado corporation,

    Plaintiff,

v.

PROEDGE DENTAL PRODUCTS, INC., a Colorado corporation, and
MARK A FRAMPTON, an individual,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Plaintiff's Motion For Leave to File Exhibit to Plaintiff's Claim Construction Brief** [#18] filed December 7, 2013. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff's Motion For Leave to File Exhibit to Plaintiff's Claim Construction Brief** [#18] filed December 7, 2013, is **GRANTED**; and

    2. That Exhibit B [#18-1] is accepted for filing.

    Dated: December 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.