**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01210-REB

STERISIL, INC., a Colorado corporation,

    Plaintiff,

v.

PROEDGE DENTAL PRODUCTS, INC., a Colorado corporation, and
MARK A. FRAMPTON, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The **Plaintiff's Motion For Leave to Allow Expert Testimony of Sterisil Founder and Employee Bradley Downs During a Technology Tutorial or at the *Markman* Hearing** [#27][2] filed Feburary 6, 2014, is **DENIED** as moot.  The parties have consented to the appointment of a special master for the purpose of claim construction.  The court is in the process of reviewing the special masters proposed by the parties.  Once a special master is appointed, the need for a technology tutorial can be determined by the special master.

    Dated:  September 26, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.