**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01210-REB

STERISIL, INC., a Colorado Corporation,

    Plaintiff,

v.

PROEDGE DENTAL PRODUCTS, INC, a Colorado Corporation, and
MARK A. FRAMPTON, an individual,

    Defendants.

## ORDER CONCERNING APPOINTMENT OF MASTER

**Blackburn, J.**

    This matter is before the court *sua sponte*. In response to an order [#32] of the court, the plaintiff and the defendants have proposed two different candidates to act as a master in this case, under FED. R. CIV. P. 53. To ensure the court has adequate information to select a master, the court directs the defendants to provide a resume or curriculum vitae for their proposed master, Gary B. Chapman. With that information in hand, the court will determine who to appoint.

    **THEREFORE, IT IS ORDERED** that by Friday, October 31, 2014, the defendants **SHALL FILE** a resume or curriculum vitae for their proposed master, Gary B. Chapman.

    Dated October 23, 2014, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge