**EXHIBIT F**

**COMPENSATION TO BE PAID TO**
RGL Forensics
**April 6, 2018**

RGL Forensics ("RGL") professional fees for financial advisory and expert witness testimony services rendered in this matter will be charged at RGL's customary hourly rates for the professional personnel assigned to the engagement. These rates are summarized below:

| | |
|---|---|
| Mark W. Pedigo, CPA, ABV, CFF | $430 |
| Partners/Other Directors | $315 - 430 |
| Managers/Supervisors | $250 - 315 |
| Staff | $150 - 250 |